IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**FILED**

MAY 2 9 2025

DAVID CREWS, CLERK
By_____ Deputy

UNITED STATES OF AMERICA

V.

ALI AHMAD

Criminal Action No.  1:25CR55
18 U.S.C. § 2252(a)(2)
18 U.S.C. § 2252(a)(4)(B)
18 U.S.C. § 2252(b)(1), (2)

## **INDICTMENT**

The Grand Jury charges that:

### COUNT ONE

From on or about September 15, 2024 through on or about October 20, 2024, in the Northern District of Mississippi, ALI AHMAD, defendant, did knowingly distribute any visual depiction that has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

### COUNT TWO

On or about March 4, 2025, in the Northern District of Mississippi, ALI AHMAD, defendant, did knowingly possess at least one matter which contains any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct, to wit: digital images and videos, distinct

from those referenced in Count One, depicting prepubescent minors and minors who had not attained 12 years of age engaged in sexually explicit conduct.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B), and 2252(b)(2).

FORFEITURE NOTICE

Pursuant to Federal Rule of Criminal Procedure 32.2 and 43(a), the defendant, ALI AHMAD, is hereby notified that:

If convicted of Counts One or Two of the Indictment, then he shall forfeit to the United States pursuant to 18 U.S.C. § 2253, any property, real or personal, used or intended to be used to commit or promote the commission of such offense, including but not limited to the following:

- Cell phone seized by law enforcement from Ali Ahmad on March 4, 2025.

All in accordance with Title 18, United States Code, Section 2253; Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 461(c); and Federal Rules of Criminal Procedure 32.2(a) and 43(a).

A TRUE BILL

_____  
CLAY JOYNER  
UNITED STATES ATTORNEY

/s/Redacted Signature  
FOREPERSON