**RECEIVED**
MAY 29 2025
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.

Criminal Action No. 1:25CR55
18 U.S.C. § 2252(a)(2)
18 U.S.C. § 2252(a)(4)(B)
18 U.S.C. § 2252(b)(1), (2)

ALI AHMAD

## NOTICE OF PENALTIES

### COUNT ONE

| | |
|---|---|
| Not less than 5 years and not more than 20 years imprisonment | 18 U.S.C. § 2252(b)(1) |
| Not more than a $250,000 fine | 18 U.S.C. § 3571 |
| Not less than 5 years, not more than life supervised release | 18 U.S.C. § 3583(k) |
| Mandatory $100 special assessment | 18 U.S.C. § 3013 |
| Additional $5,000 assessment | 18 U.S.C. § 3014 |
| Restitution as appropriate | 18 U.S.C. § 2259 |
| $35,000 trafficking assessment | 18 U.S.C. § 2259A(a)(2) |

### COUNT TWO

| | |
|---|---|
| Not more than 20 years imprisonment | 18 U.S.C. § 2252(b)(2) |
| Not more than $250,000 fine | 18 U.S.C. § 3571 |
| Not less than 5 years and NMT life supervised release | 18 U.S.C. § 3583(k) |
| Mandatory $100 special assessment | 18 U.S.C. § 3013 |
| Additional $5,000 assessment | 18 U.S.C. § 3014 |
| Restitution as appropriate | 18 U.S.C. § 2259 |
| $17,000 possession assessment | 18 U.S.C. § 2259A(a)(1) |