# CRIMINAL COVER SHEET — U.S. DISTRICT COURT

## Place of Offense:
City: Tupelo
County: Lee

**RECEIVED**
**MAY 29 2025**
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

## Case Information:
Superseding: ☐ Yes ☑ No   If yes, Case# _____
☐ Same Defendant   ☐ New Defendant
Magistrate Judge Case No. _____
R20/R40 from District of _____
Related Criminal Case No. _____

## Defendant Information:
Defendant Name: Ali Ahmad
Alias Name: _____
Address: Saltillo, MS 38866
DOB: 1987   SS#: 7724   Sex: M   Race: I   Nationality: Pakistan
Represented by: _____
Interpreter: ☐ Yes ☑ No   If yes, Language: _____

## Location Status:
In Custody: ☑ Yes ☐ No     Federal ☐   State ☑     MDOC# _____
Facility Location: Lee County Jail

## U.S.C. Citations:
Total Number of Count(s): 2   ☐ Misdemeanor   ☑ Felony

| Title & Section | Offense Description | Count(s) |
|---|---|---|
| 18:2252 | Distribution of Child Pornography | 1 |
| 18:2252 | Possession of Child Pornography | 2 |

## U.S. Attorney Information:
AUSA: Parker S. King   Bar# 102499
Date: 5/28/2025   Signature of AUSA: [signature]

**District Court Case Number:**
(To be entered by the Clerk)   1:25CR55