IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

FILED
MAY 29 2025
DAVID CREWS, CLERK
By_____ Deputy

UNITED STATES OF AMERICA

V.  No. 1:25CR55

ALI AHMAD

MOTION FOR DETENTION HEARING AND DETENTION OF THE DEFENDANT

Comes now, the United States of America, by and through the United States Attorney and undersigned Assistant United States Attorney and moves this Court for detention of the defendant in this matter.

The Government requests a detention hearing and detention of the defendant under Title 18, United States Code, Section 3142 (f)(1) in that the defendant is a flight risk and a danger to the community.

As such, the Government requests that the defendant be detained until a hearing can be held on this matter.

This the 29th day of May 2025.

Respectfully submitted,

CLAY JOYNER
United States Attorney
MS Bar #10316

By: /s/ *Parker S. King*
PARKER S. KING
Assistant United States Attorney
MS Bar No. 102499
900 Jefferson Avenue
Oxford, Mississippi 38655
Phone: 662-234-3351