IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                                                                         CRIMINAL NO. 1:25CR55

ALI AHMAD

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE DAVID A. SANDERS, MAGISTRATE OF THE COURT AFORESAID:

Clay Joyner, United States Attorney for the Northern District of Mississippi respectfully represents to the court as follows:

1. That the defendant, ALI AHMAD (I/M, DOB 1987, SSN 7724), is presently confined at the Lee County Jail, 510 N Commerce Street, Tupelo, Mississippi 38804, as a state prisoner, having been duly committed to said institution under and in pursuance of the laws of the State of Mississippi;

2. That this cause is now pending for initial appearance on the docket of this court and that said cause has been set for initial appearance in Oxford, Mississippi, on June 11, 2025, at 9:00 a.m.

WHEREFORE, your petitioner prays that a writ of habeas corpus ad prosequendum issue out of this Court to the United States Marshal for the Northern District of Mississippi; and/or any other United States Marshal, commanding them to produce the body of ALI AHMAD (I/M, DOB 1987, SSN 7724) before this Court for initial appearance in Oxford, Mississippi, on June 11, 2025, at 9:00 a.m. and to return safely said prisoner to the custody of the Lee

County Jail in Tupelo, Mississippi, forthwith at the conclusion of the above cause.

>Respectfully submitted,
>
>CLAY JOYNER
>United States Attorney
>
>By:    /s/Parker S. King
>         PARKER S. KING
>         Assistant United States Attorney

Sworn to and subscribed before me, this the 3rd day of June, 2025.

                                Connie T. Armstrong
                                     NOTARY PUBLIC

My commission expires: 01/03/2028

(Seal)

STATE OF MISSISSIPPI
CONNIE T. ARMSTRONG
NOTARY PUBLIC
Lafayette County
Commission Expires
January 3, 2028
COMMISSION NUMBER 100322