IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:25CR55

ALI AHMAD

ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

On petition of Parker S. King, Assistant United States Attorney for the Northern District of Mississippi, in the above-entitled cause, it is hereby ORDERED:

That a writ of habeas corpus ad prosequendum forthwith issue from this court directed to the Lee County Jail, 510 N. Commerce Street, Tupelo, MS 38804, the United States Marshal for the Northern District of Mississippi; and/or any other United States Federal Agency, commanding them to produce the body of ALI AHMAD (I/M, DOB 1987, SSN 7724) before this court in Oxford, Mississippi on June 11, 2025, at 9:00 a.m. for the initial appearance, and directing them to return forthwith thereafter the said ALI AHMAD, to the custody of the Lee County Jail in Tupelo, Mississippi, at the conclusion of the above cause.

This the  3rd  day of  June , 2025.

UNITED STATES MAGISTRATE JUDGE