IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:25CR55

ALI AHMAD

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  LEE COUNTY JAIL, TUPELO, MS; THE UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF MISSISSIPPI; AND/OR ANY OTHER UNITED STATES MARSHAL

Greetings:

YOU ARE HEREBY COMMANDED to produce the body of ALI AHMAD (I/M, DOB 1987, SSN 7724) who is presently confined at the Lee County Jail, 510 N. Commerce Street, Tupelo, MS 38804, before the United States District Court for the Northern District of Mississippi, at Oxford, Mississippi on June 11 2025, at 9:00 a.m., for initial appearance; and to keep safely said prisoner before said court until discharged by order of the court; and thereupon to forthwith return safely said prisoner to the custody of the Lee County Jail, in Tupelo, MS, at the conclusion of the above cause.

WITNESS the Honorable David Crews, Clerk of the United States District Court for the Northern District of Mississippi, the 3rd day of June, 2025.

DAVID CREWS, Clerk

By: _____
Deputy Clerk