AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Mississippi

**RECEIVED**
MAY 30 2025
U.S. MARSHALS
NORTHERN DISTRICT
OF MISSISSIPPI

| | |
|---|---|
| United States of America<br>v.<br><br>ALI AHMAD<br><br>Defendant | Case No. 1:25CR055 |

2542-0530-0501-US

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ALI AHMAD ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

CHILD PORNOGRAPHY

Date: 05/30/2025

*Issuing officer's signature* — Deputy Clerk

City and state: Oxford, Mississippi

*Printed name and title* — David Crews, Clerk

### Return

This warrant was received on *(date)* 5/20/2025 , and the person was arrested on *(date)* 6/11/2025
at *(city and state)* Oxford, MS

Date: 6/11/25

*Arresting officer's signature*

*Printed name and title* — DUSM Joshua Shipp