# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

## CRIMINAL MINUTES

**CASE NO: 1:25-CR-55**  **LOCATION HELD: ABERDEEN COURTROOM 3**
(By video)

**UNITED STATES OF AMERICA V. ALI AHMAD**

**DATE & TIME BEGUN:** 6/11/2025 @ 1:40 p.m.

**DATE & TIME ENDED:** 6/11/2025 @ 1:46 p.m.

**TOTAL TIME:** 6 min

**PRESENT:**
**HONORABLE DAVID A. SANDERS, U. S. MAGISTRATE JUDGE**

| Jennifer L. Frantz | Digital Recording |
| Courtroom Deputy | Court Reporter |

**ATTORNEY FOR GOVERNMENT:**  **ATTORNEY FOR DEFENDANT:**
Parker King  Tony Farese

**PROCEEDINGS: Initial Appearance and Arraignment**

**ENTRY TO BE MADE ON DOCKET:**
Proceeding held. Tony Farese retained as counsel for the Defendant. Defendant entered a plea of not-guilty and waived formal reading of the Indictment. Defendant denied bond in State proceedings and has a ICE detainer. Detention is not an issue currently before this Court. Defendant detained pending future proceedings.

**DAVID CREWS, CLERK**

/s/ Jennifer L. Frantz
Courtroom Deputy