IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

VS.                                                                     CAUSE NO.: 1:25-CR-55

ALI AHMAD

## NOTICE OF ATTORNEY APPEARANCE

**COMES NOW**, Anthony L. Farese of the law offices of Farese, Farese & Farese, P.A., and would show that he has been retained to represent the Defendant, Ali Ahmad, and enters his appearance as attorney of record for the Defendant, Ali Ahmad, in the above-styled and numbered cause.

This the 11th day of June, 2025.

                                                                  RESPECTFULLY SUBMITTED,

                                                                  /s/Anthony L. Farese
                                                                  MSB# 5133
                                                                  FARESE, FARESE, FARESE P.A.
                                                                  122 CHURCH STREET
                                                                  P.O. BOX 98
                                                                  ASHLAND, MISSISSIPPI 38603
                                                                  TELEPHONE: (662) 224-6211
                                                                  FAX: (662) 224-6111
                                                                  EMAIL: tony@fareselaw.com

## CERTIFICATE OF SERVICE

I, Anthony L. Farese, attorney for Defendant, Ali Ahmad, do hereby certify that I have this day filed by using the Court's Electronic Filing System a true and correct copy of the above and foregoing Entry of Appearance to be sent via email to the following:

Honorable Parker S. King
Assistant United States Attorney
900 Jefferson Avenue
Oxford, Mississippi 38655-3626
Parker.King@usdoj.gov

This the 11th day of June, 2024.

/s/Anthony L. Farese
ANTHONY L. FARESE